# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MELODY GRIFFITH,

        Plaintiff,

  vs.                                        No. CIV 08-838 LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT

THIS MATTER is before the Court on Plaintiff Melody Griffith's Motion for Attorney Fees Under Equal Access to Justice Act ("EAJA"), filed October 20, 2009 [Doc. 21]. Plaintiff seeks $4,285.85 in attorney fees under EAJA. The Commissioner filed a Response [Doc. 22], indicating he does not object to payment of the award, nor to the amount requested.

On September 17, 2009 the Court entered a Memorandum Opinion and Order, granting Plaintiff's Motion to Reverse and remanding this case to the Commissioner for further proceedings, along with a Judgment [Docs. 19, 20]. Plaintiff Griffith is therefore the "prevailing party" for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). Shalala v. Schaefer, 509 U.S. 292, 300-02 (1993).

### Order

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees Under EAJA

[Doc. 21] is granted, and Plaintiff Melody Griffith is authorized to receive $4,285.85 for payment to her attorneys for services before this Court.

                                             _____
                                             Lorenzo F. Garcia
                                             United States Magistrate Judge